**This document was signed electronically on June 17, 2010,
which may be different from its entry on the record.**

**IT IS SO ORDERED.**



_____
**Pat E. Morgenstern-Clarren
United States Bankruptcy Judge**

**Dated: June 17, 2010**

BK1004327
KF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-12927 |
| Christine A. Dragas | Chapter 7<br>Judge Morgenstern-Clarren |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT<br>7719 FERN DRIVE, MENTOR ON THE LAKE, OH 44060** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **8**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 7719 Fern Drive Mentor On The Lake, OH 44060.

###

SUBMITTED BY:

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Beneficial Ohio, Inc. - Creditor
26525 N. Riverwoods Blvd.
Mettawa, IL 60045
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Christine A. Dragas - Debtor
7719 Fern Drive
Mentor On Lake, OH 44060
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Michael R Proctor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Sheldon Stein - Trustee
50 Public Square
Suite 400 P.O. 5606
Cleveland, OH 44101
sstein@epiqtrustee.com
VIA ELECTRONIC SERVICE

Charles J Van Ness, Esq. - Attorney for Debtor
6181 Mayfield Road
Suite 104
Mayfield Heights, OH 44124
cjvlaw@prodigy.net
VIA ELECTRONIC SERVICE